221 F.2d 805
 ESSO STANDARD OIL COMPANY, as Owner of THE S.S. ESSO
CHARLESTON, Libelant-Appellant,
v.
The UNITED STATES of America, Respondent-Appellee.
 No. 248, Docket 23446.
 United States Court of Appeals Second Circuit.
 Argued April 12, 1955.
Decided April 25, 1955.
 
 Edwin S. Murphy, New York City (Kirlin, Campbell & Keating and Raymond T. Greene, New York City, on the brief), for libelant-appellant.
 Benjamin Forman, Atty., Dept. of Justice, Washington, D.C. (Warren E. Burger, Asst. Atty. Gen., and Samuel D. Slade, Atty., Dept. of Justice, Washington, D.C., and J. Edward Lumbard, U.S. Atty. for the Southern Dist. of N.Y., New York City, on the brief), for respondent-appellee.
 Before CLARK, Chief Judge, and FRANK and HASTIE, Circuit Judges.
 PER CURIAM.
 
 
 1
 We think that District Judge Murphy correctly interpreted and applied Standard Oil Co. of N.J. v. United States, 340 U.S. 54, 71 S.Ct. 135, 95 L.Ed. 68, affirming United States v. Standard Oil Co. of N.J., 2 Cir., 178 F.2d 488, and are content to affirm on his opinion, D.C.S.D.N.Y., 122 F.Supp. 109.